# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LULU SHRINERS**, <br><br> Plaintiff, <br><br> *v.* <br><br> **TOWNSHIP OF WHITEMARSH,** et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 20-1720-KSM** |

## ORDER

**AND NOW**, this 31st day of August, 2021, upon consideration of Defendants the Township of Whitemarsh, Michael Drossner, Vincent Manuele, Laura Boyle-Nester, Fran McCusker, Jacy Toll, and Richard Mellor, Jr.'s (the "Township Defendants") Motion to Dismiss (Doc. No. 2), Defendant Sean Kilkenny's Motion to Dismiss (Doc. No. 7), Plaintiff LuLu Shriners' opposition briefs (Doc. Nos. 8 & 13), the Township Defendants' reply brief (Doc. No. 9), and Plaintiff's sur-reply brief (Doc. No. 10), it is **ORDERED** that the motions are **GRANTED** and the complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** in its entirety. The Clerk of Court is directed to mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.